# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Blackwell, Jay C<br>Wilson-Blackwell, Alma J<br>Debtors | §<br>§<br>§<br>§ | Case No. 10 B 33540 |
|---|---|---|---|

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2010.

2) The plan was confirmed on 09/22/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/17/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2011 and 12/14/2011.

5) The case was dismissed on 12/21/2011.

6) Number of months from filing or conversion to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $49,150.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,020.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$19,020.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,531.50 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $969.37 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,500.87** |
| Attorney fees paid and disclosed by debtor  $380.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American General Finance | Secured | $0 | $1,476.21 | $1,476.21 | $0 | $0 |
| Cook County Treasurer | Secured | $5,080.00 | $5,155.86 | $5,080.00 | $4,822.90 | $0 |
| GMAC Auto Financing | Secured | $8,250.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Secured | NA | $8,275.00 | $8,250.00 | $8,250.00 | $206.23 |
| Rent A Center | Secured | $0 | NA | NA | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | $112,269.00 | $110,663.41 | $110,663.41 | $0 | $0 |
| Wells Fargo Financial Illinois Inc | Secured | $1,240.00 | $2,323.14 | $1,240.00 | $1,240.00 | $0 |
| AmeriCash Loans LLC | Unsecured | $1,500.00 | NA | NA | $0 | $0 |
| Asset Management Out | Unsecured | $118.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $525.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $150.00 | $410.00 | $410.00 | $0 | $0 |
| Collect Systems | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Collect Systems | Unsecured | $893.00 | NA | NA | $0 | $0 |
| Collection | Unsecured | $169.00 | NA | NA | $0 | $0 |
| Collection Management Services | Unsecured | $1,553.00 | $1,553.24 | $1,553.24 | $0 | $0 |
| Commonwealth Edison | Unsecured | $13,000.00 | $14,524.42 | $14,524.42 | $0 | $0 |
| Cook County Treasurer | Unsecured | NA | $75.86 | $75.86 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Management Co. | Unsecured | $1,350.00 | NA | NA | $0 | $0 |
| Credit Management Co. | Unsecured | $285.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $521.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $388.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $488.00 | NA | NA | $0 | $0 |
| Dependon Collection Service | Unsecured | $461.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $74.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $185.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $460.00 | NA | NA | $0 | $0 |
| Dolphin Lake Point Enclave | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Enhanced Recovery | Unsecured | $2,146.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| First Revenue Assurance | Unsecured | $730.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | $202.00 | NA | NA | $0 | $0 |
| GMAC Auto Financing | Unsecured | NA | $1,119.12 | $1,119.12 | $0 | $0 |
| Harris & Harris | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Harvard Collection Services In | Unsecured | $740.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $1,082.00 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | NA | $289.77 | $289.77 | $0 | $0 |
| Illinois Collection Service | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $400.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $150.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $589.00 | $441.31 | $441.31 | $0 | $0 |
| Palisades Collection LLC | Unsecured | $1,200.00 | $1,371.78 | $1,371.78 | $0 | $0 |
| Pay Day Loans | Unsecured | $2,200.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $124.00 | $374.59 | $374.59 | $0 | $0 |
| Riddle & Assoc | Unsecured | $315.00 | NA | NA | $0 | $0 |
| Security Credit Services | Unsecured | $947.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $605.00 | $2,750.73 | $2,750.73 | $0 | $0 |
| Vativ Recovery Solutions LLC | Unsecured | NA | $558.71 | $558.71 | $0 | $0 |
| Verizon Wireless | Unsecured | $396.00 | $396.93 | $396.93 | $0 | $0 |
| Village of South Holland | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Wells Fargo Bank NA | Unsecured | $5,000.00 | $10,567.72 | $10,567.72 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| West Asset Management | Unsecured | $120.00 | NA | NA | $0 | $0 |
| Westwind Mortgage Bancorp | Unsecured | $1.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $110,663.41 | $0 | $0 |
| Mortgage Arrearage | $1,240.00 | $1,240.00 | $0 |
| Debt Secured by Vehicle | $8,250.00 | $8,250.00 | $206.23 |
| All Other Secured | $6,556.21 | $4,822.90 | $0 |
| **TOTAL SECURED:** | $126,709.62 | $14,312.90 | $206.23 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $34,434.18 | $0 | $0 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $4,500.87 | |
| Disbursements to Creditors | $14,519.13 | |
| **TOTAL DISBURSEMENTS:** | | $19,020.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Date: April 19, 2012            By:  /s/ MARILYN O. MARSHALL
                                            Trustee


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)